**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6380**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

MAURICE EUGENE MOORE, JR., a/k/a MJ,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (4:16-cr-00025-H-1)

Submitted:  June 14, 2018                           Decided:  June 19, 2018

Before TRAXLER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Maurice Eugene Moore, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Eugene Moore, Jr., pled guilty to conspiracy to distribute and possess with intent to distribute 100 grams or more of heroin and possession of ammunition by a felon, and was sentenced to 300 months' imprisonment. In December 2017, we affirmed Moore's criminal judgment on direct appeal. *United States v. Moore*, 706 F. App'x 141, 143 (4th Cir. 2017) (No. 17-4254). In April 2018, Moore filed a second notice of appeal of the same criminal judgment. Because we previously affirmed this criminal judgment, we dismiss the appeal as duplicative, and deny Moore's motion for appointment of counsel and for transcripts at the Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*DISMISSED*